# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69428 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69514 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69515 |

**FILED**

FEB 0 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a motion for rehearing, a motion to stop time to exhaust all claims, and a motion to appoint counsel. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

16-03377

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.[1]

_____, J.
Douglas

_____, J.        _____, J.
Cherry                                               Gibbons

cc:  Hon. Jennifer P. Togliatti, District Judge
     Higinio Causse Barrera
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]In light of this order, the pro se motion filed on January 21, 2016, is denied as moot.